1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:14-CR-00267-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| JOSE LORENZO CARRANZA, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Jose Lorenzo Carranza, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Jose Lorenzo Carranza's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Glock, Model 19, 9mm caliber pistol,

   b. Thirteen (13) rounds of Blazer, 9mm caliber ammunition,

   c. Three (3) rounds of PMC, 9mm caliber ammunition,

   d. Savage Arms .22 caliber rifle,

   e. Superior Arms, AR-15, .223 caliber rifle, and

   f. Thirty (3) rounds of Federal Premium, .223 caliber ammunition.

PRELIMINARY ORDER OF FORFEITURE          1

1      2.      The above-listed assets constitute firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1).

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection/Immigration and Customs Enforcement in its secure custody and control.

4.      a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **May 23, 2016**                                    /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE                    2